1  FRAILING, ROCKWELL, KELLY & DUARTE
   By: Jeffrey R. Duarte
2  State Bar No. 186190
   P.O. Box 0142
3  Modesto, CA  95353-0142
   Telephone: (209) 521-2552
4  FAX: (209) 526-7898

5  Attorneys for Plaintiff

6

7

8

9            IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 NICOLE SWICEGOOD,              NO. 1:08-CV-01870-GSA

13         Plaintiff,

14 vs.                            STIPULATION AND ORDER
                                  TO EXTEND TIME
15 Commissioner of Social
   Security,
16
           Defendant.
17

18

19     IT IS HEREBY STIPULATED by and between the parties, subject

20 to the approval of the Court, that plaintiff's time to serve

21 plaintiff's confidential letter on defendant be extended to August

22 4, 2009.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1  This is plaintiff's first request for an extension of time.
2  Plaintiff's needs additional time to further review the file and
3  prepare the confidential letter.

4                                    Respectfully submitted,

5

6  Dated: June 30, 2009          By /s/ Jeffrey R. Duarte
                                    Jeffrey R. Duarte
7                                   Attorney for Plaintiff

8

9
   Dated: June 30, 2009          Lawrence W. Brown
10                                Acting United States Attorney

11
                                  By /s/ Mark A. Win
12                                  (As authorized via telephone)
                                    Mark A. Win
13                                  Special Assistant U.S. Attorney

2IT IS SO ORDERED.

   Dated:   **June 30, 2009**           /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE