```
FRAILING, ROCKWELL, KELLY & DUARTE
By: Jeffrey R. Duarte
State Bar No. 186190
P.O. Box 0142
Modesto, CA  95353-0142
Telephone: (209) 521-2552
FAX: (209) 526-7898

Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SWICEGOOD, | NO. 1:08-CV-01870-GSA |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND TIME |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that plaintiff's time to file plaintiff's opening brief be extended for 45 days to November 18, 2009.

///

///

///

///

///

///

1  Plaintiff's needs additional time to further review the file
2 and prepare the opening brief.

3                                  Respectfully submitted,

5 Dated: October 1, 2009           By */s/ Jeffrey R. Duarte*
                                   Jeffrey R. Duarte
6                                  Attorney for Plaintiff

8
9 Dated: October 1, 2009           Lawrence W. Brown
                                   Acting United States Attorney

11                                 By */s/ Mark A. Win*
                                   (As authorized via telephone)
                                   Mark A. Win
12                                 Assistant Regional Counsel

15                              **ORDER**

17     IT IS SO ORDERED.

18     **Dated:   October 2, 2009**            **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE