```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    MARK A. WIN
 4  Special Assistant United States Attorney

 5      333 Market Street, Suite 1500
        San Francisco, California 94105
 6      Telephone:  (415) 977-8980
        Facsimile:  (415) 744-0134
 7      E-Mail: Mark.Win@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| NICOLE SWICEGOOD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. 1:08-CV-01870-GSA <br><br> STIPULATION AND ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days, up to and including January 14, 2010, to reply to Plaintiffs's opening brief. There is good cause for this extension, as Defendant's counsel was out of the office from December 4 through December 10, 2009 for an administrative evidentiary hearing that is ongoing and will require further travel during the week of December 14, 2009.

//

//

Respectfully submitted,

FRAILING, ROCKWELL, KELLY & DUARTE

Dated: December 15, 2009

/s/ *Jeffrey R. Duarte*
(As authorized via telephone)
JEFFREY R. DUARTE
Attorney for Plaintiff

Dated: December 15, 2009

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Mark A. Win*
MARK A. WIN
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Defendant's motion for an extension of time to file its opposition breif is granted.  Defendant shall file its opposition no later than January 14, 2010.  Plaintiff shall file any reply within fifteen days of the filing of Defendant's opposition.

IT IS SO ORDERED.

Dated:   **December 16, 2009**              /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE