| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>MARK A. WIN |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500<br>San Francisco, California 94105 |
| 6 | Telephone:  (415) 977-8980<br>Facsimile:  (415) 744-0134 |
| 7 | E-Mail: Mark.Win@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| NICOLE SWICEGOOD,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:08-CV-01870-GSA<br><br>STIPULATION AND PROPOSED ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of seven (7) days, up to and including January 21, 2010, to reply to Plaintiffs's opening brief.  This short extension is necessary due to the press of workload, which includes several matters in federal district court and several administrative proceedings that have required substantial travel.

//

//

//

Respectfully submitted,

FRAILING, ROCKWELL, KELLY & DUARTE

Dated: January 14, 2010

/s/ *Jeffrey R. Duarte*
(As authorized via electronic mail)
JEFFREY R. DUARTE
Attorney for Plaintiff

Dated: January 14, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Mark A. Win*
MARK A. WIN
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

The Parties' stipulation that Defendant shall have an extension of time to file his opposition brief is granted. Defendant shall file his opposition no later than January 21, 2010. Plaintiff shall file any reply within fifteen days of the filing of Defendant's opposition.

IT IS SO ORDERED.

Dated: **January 14, 2010**          /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE